

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00562-CR

GAIL MARIE SPARKS                                                APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Gail Marie Sparks attempts to appeal from her conviction, pursuant to a plea bargain, of fraudulent use or possession of identifying information. The trial court's certification of her right to appeal states that this "is a plea-bargained case and the defendant has NO right of appeal," and "the defendant has waived the right of appeal."

------------

[1]See Tex. R. App. P. 47.4.

On December 20, 2011, this court notified appellant about the statements on the trial court's certification and informed her that unless she or any party desiring to continue the appeal filed with the court, on or before December 30, 2011, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 26, 2012